UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALEX NELIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO:1:17-CV-3091-TWP-DML |
| ) | |
| GEPA HOTEL OPERATOR ) | |
| INDIANAPOLIS LLC d/b/a HILTON ) | |
| GARDEN INN INDIANAPOLIS ) | |
| AIRPORT, PARK HOTELS ) | |
| & RESORTS INC. d/b/a HILTON ) | |
| HOTELS, and SCHAHET HOTELS, INC. ) | |
|  d/b/a HILTON GARDEN INN ) | |
| INDIANAPOLIS AIRPORT, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO WITHDRAW APPEARANCE**

The law firm of STEWART & STEWART, and its attorneys, Heather R. Falks and David W. Stewart, moves the court to grant them leave to withdraw their appearance on behalf of the plaintiff, and in support state:

1. That the undersigned previously entered their appearance on behalf of the plaintiff.

2. That on September 24, 2018, the undersigned gave written notice to the plaintiff that they would be withdrawing their appearance due to a breakdown in the attorney client relationship.  See letter attached hereto and marked as "Exhibit A".

3. Additionally, Plaintiff's counsel sent a private investigator to the last known address of Plaintiff and was not able to make contact with Plaintiff but made contact with someone who knows Plaintiff and they advised that they would relay the message to Plaintiff to contact our office; however, Plaintiff's counsel has received zero contact from Plaintiff.

3.  There has been a breakdown in the attorney client relationship and our firm is no longer able to represent the Plaintiff in this matter.

    4. That Plaintiff was advised to obtain new counsel to represent her in this legal matter.

WHEREFORE, counsel for the Plaintiff requests that they be allowed to withdraw from this case and for all other relief just and proper in the premises.

                                          /s/ Heather R. Falks  
                            Heather R. Falks, #29907-41  
                                David W. Stewart, #14968-49  
                                Attorneys for Plaintiff  
                                STEWART & STEWART  
                                931 S. Rangeline Road  
                                Carmel, IN 46032  
                                (317) 846-8999

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been duly served upon the following via electronic Mail, this 14th day of December, 2018:  DPolsby@clausen.com

                              /s/ Heather R. Falks
                              Heather R. Falks #29907-41
                              David W. Stewart #14968-49
                              Attorney for Plaintiff

STEWART & STEWART
931 South Rangeline Road
Carmel, Indiana  46032
Phone: (317) 846-8999
Fax:     (317) 843-1991