Phillip Stewart
David W. Stewart +
Michael J. Sobieray ♦
Darron S. Stewart * ■
Brandon G. Milster
Rhonda L. Wood>
Nicholas J. Wagner
Heather R. Falks
Stephen W. Thompson

Evan T. Theoharis, MD

+ Licensed in Michigan
\* Licensed in Kentucky
♦ Licensed in Pennsylvania
> Licensed RN
■ Certified Civil Mediator

Federal Tax EIN #35-1606383

**STEWART & STEWART ATTORNEYS**

Learn more online at: GetStewart.com

All mail to:
Corporate Headquarters
931 S. Rangeline Road
Carmel, Indiana 46032
Phone: (317) 846-8999
Fax: (317) 843-1991
MRM Fax: (317) 575-9218

Greenwood
7660 U.S. 31 South
Phone: (317) 865-3333
Fax: (317) 807-3234

Anderson
2912 Nichol Avenue
(765) 649-3300

Indianapolis
608 E. Market Street
(317) 638-3234

Brownsburg
(317) 852-5799

September 24, 2018

Alex Nelis
863 Hollowood Ln.
Avon IN 46123

Dear Alex,

Our office has been trying to contact you for months. Sadly your refusal to respond to our calls and letters has had a detrimental impact upon your case and we can no longer proceed to represent you in this matter. Without your cooperation I am unable to proceed with your case; therefore, this is your notice that I will be withdrawing from your case in seven (7) days due to the breakdown in the attorney client relationship. You need to find new counsel to represent you in this matter as we will no longer be representing you in this matter.

I intend to withdraw my representation of you in this matter in seven (7) days. Therefore, this letter serves as my notice to you that I will be requesting to withdraw from your case and upon the court's granting of my request, Stewart & Stewart will no longer be representing you or your interests. Due to the complicated legal matters and deadlines in this case I recommend you seek other legal counsel.

---

**STEWART & STEWART ATTORNEYS**
931 South Rangeline Road
Carmel, IN 46032-2541
GetStewart.com

CERTIFIED MAIL
7018 1130 0000 4496 8842

NOV 0 1 REC'D

9-28-18
RTA 10348
10-13-18

Mr. Alex Nelis
863 Hollowood Lane
Avon IN
46123

NIXIE   462   DE 1       0010/31/18
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 46032254131    *0685-01300-31-1*